OFFICE OF THE STANDING TRUSTEE
P.O. BOX 1884
MOBILE, AL  36633
(251)438-4615


IN RE                                                         Case No. 14-03672-MAM-13
    Young, Bobby
    Young, Brenda
Debtors

TO:    CAVALRY SPV I LLC
       3936 E FT LOWELL RD, STE 200
       BASS & ASSOC PC
       ASSIGNEE OF CAP ONE N.A.
       TUCSON, AZ  85712

---

## NOTICE OF INTENT TO PAY CLAIM

---

| ECF CLAIM # | CLAIM ID | CLAIM AMOUNT | DATE FILED | YOUR ACCT # |
|---|---|---|---|---|
| 13 | 00014 | 3,711.00 | Feb 04, 2015 | 3158 |

The above referenced claim:

      WAS FILED AS A SECURED AMENDED PROOF OF CLAIM.  BASIS: (PMSI-YAMAHA).  THIS
      WILL SERVE AS NOTICE OF THE TRUSTEE(S) OFFICE INTENT TO PAY THE CLAIM AS FILED.

**Objections to this claim** should be filed within 30 days from the date of this notice with the Clerk of
Court, U.S. Bankruptcy Court, 201 St. Louis St., Mobile, AL  36602.

**If no objection to the claim is filed**, the Trustee will begin making timely disbursements on this claim
after the 30 day objection period has passed, based on the allowed percentage.

DATED: 03/13/2015                          CLAIMS DEPARTMENT


cc:    Bobby Young
       Brenda Young
       1113 Baltimore St.
       Mobile, AL  36605

       STEPHEN L. KLIMJACK, LLC
       1306 GOVERNMENT STREET
       MOBILE, AL  36604

       CAVALRY SPV I LLC
       3936 E FT LOWELL RD, STE 200
       BASS & ASSOC PC
       ASSIGNEE OF CAP ONE N.A.
       TUCSON, AZ  85712