**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA**

In Re:                                           *
**BOBBY & BRENDA YOUNG,**       *       **CHAPTER 13**
                                                  *       Case No.: 14-03672
                                                  *
      **Debtor.**                         *

## OBJECTION TO PROOF OF CLAIM

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
> THE COURT WILL CONSIDER THIS MOTION, OBJECTION OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY INTEREST FILES A WRITTEN OBJECTION WITHIN **30** DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR *WRITTEN* OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITH THE CLERK OF THE COURT AT 201 ST. LOUIS STREET, MOBILE, AL 36602, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, STEPHEN L. KLIMJACK, 1306 GOVERNMENT STREET, MOBILE, AL 36604.
>
> IF YOU FILE AND SERVE A WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. *IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, AND WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.*

      **COMES NOW** Debtors, by and through undersigned counsel, and hereby files this Objection to Proof of Claim No. 13a filed by Cavalry Spv I, LLC (hereinafter referred to as "Creditor"), and in support thereof state as follows:

1.       That Debtors filed the instant case on or about November 8, 2014;

2.       That Creditor filed Proof of Claim No. 13a in said case on or about March 12, 2015;

3.       That Creditor alleges the debt on which said claim is based is secured by a Yamaha 4-wheeler;

4.       That Debtor avers the 4-wheeler at issue is not in Debtors' possession, and that

Debtors were not in possession of said 4-wheeler at the time the instant case was filed;

5. That Debtors aver the 4-wheeler was stolen over 2 years ago, a police report was filed, and the creditor was notified;

6. That Debtor listed the Debt owed to Creditor on Schedule F;

7. That Debtor avers the debt on which Proof of Claim No. 13a is based is unsecured as to Debtors;

**WHEREFORE**, premises considered, Debtor hereby objects to Proof of Claim No. 13a, and prays this Court reclassify said claim to a general unsecured claim, along with all other and further relief as this Court deems just.

Respectfully Submitted,

/s/ Stephen L. Klimjack
STEPHEN L. KLIMJACK (KLI005)
Stephen L. Klimjack, LLC
1306 Government Street
Mobile, AL 36604
(251) 694-0600
(251) 694-0611 fax

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 19th day of March, 2015, a copy of the foregoing document was served on the Trustee, Daniel B. O'Brien by the U.S. Bankruptcy Court Electronic Filing System, and by U.S. Mail, first class postage prepaid, upon the following:

Cavalry Spv I, LLC
c/o Bass & Associates, PC
3936 E. Ft. Lowell Road, Ste. 200
Tucson, AZ 85712

/s/Stephen L. Klimjack
STEPHEN L. KLIMJACK